**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 11-62288-CIV-Williams/Seltzer

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

      Plaintiffs,

vs.

CUMBERLAND FARMS, INC., *d/b/a*
CUMBERLAND FARMS #9572, a Florida Profit Corporation,
and V.S.H REALTY, INC., a Florida Profit Corporation,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the undersigned parties, Plaintiffs, ACCESS FOR THE DISABLED, INC., a Florida not-for-profit corporation, ROBERT COHEN, an Individual, and PATRICIA L. KENNEDY, an Individual, (hereinafter collectively the "Plaintiffs"), through their undersigned counsel, and Defendants CUMBERLAND FARMS, INC., *d/b/a* CUMBERLAND FARMS #9572, a Florida Profit Corporation, and V.S.H REALTY, INC., a Florida Profit Corporation, through their undersigned counsel, file this Joint Notice of Settlement to advise the Court that said parties have settled this case, and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by July 6, 2012.

Dated:  June 21, 2012.

Respectfully submitted,

By: <u>s/ Tal Shemtov</u>  
    Tal Shemtov, Esquire  
    Florida Bar No. 28456  
    9715 West Broward Blvd. #256  
    Plantation, FL 33324  
    Telephone: (954) 861-9787  
    Facsimile: (954) 236-3530  

SHEMTOVLAWFIRM@YAHOO.COM  
    Attorney for Plaintiffs

By: <u>s/Aaron L. Zandy</u>  
    Aaron L. Zandy  
    Florida Bar No. 0125271  
    FORD & HARRISON LLP  
    300 South Orange Avenue, Suite 1300  
    Orlando, FL  32801  
    (407) 418-2300  Telephone  
    (407) 418-2327  Facsimile  
    E-mail: azandy@fordharrison.com  

    Attorney for Defendants