**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-62288–CV–WILLIAMS**

ACCESS FOR THE DISABLED, INC., *et al.*,

      Plaintiffs,

vs.

CUMBERLAND FARMS, INC., d/b/a
CUMBERLAND FARMS #9572, *et al.*,

      Defendants.

                       /

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation of Dismissal with Prejudice by and between the parties (DE 14), this action is **DISMISSED WITH PREJUDICE**.[1]  The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of July, 2012.

                                KATHLEEN M. WILLIAMS
                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

---

[1]    The Court notes that the parties requested that the Court retain jurisdiction to enforce the terms of their settlement agreement.  Pursuant to the Eleventh Circuit's order in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012) (publication forthcoming), this Court cannot issue an order to that effect in light of the parties' stipulation of dismissal.